# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

GARY W., )
)
    Plaintiff, )
) Civil Action No. 7:17cv00074
v. )
)
NANCY A. BERRYHILL, ) By: Michael F. Urbanski
Acting Commissioner of ) Chief United States District Judge
Social Security, )
)
    Defendant. )

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on March 23, 2018, recommending that plaintiff's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and the Commissioner's final decision be affirmed. Plaintiff Gary W. has filed objections to the report, and the Commissioner has responded. For the reasons described in the accompanying memorandum opinion:

1. Gary W.'s motion for summary judgment (ECF No. 11) is **DENIED**;

2. The Social Security Administration's motion for summary judgment (ECF No. 13) is **GRANTED**;

3. The report and recommendation (ECF No. 20) is **ADOPTED** in full;

4. The Commissioner's decision is AFFIRMED; and

5. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: 09/20/2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge